UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| MELVIN EDGARDO GOMEZ GIRON,<br><br>Petitioner,<br><br>v.<br><br>ARTHUR MAGLINGER,<br>Jailer, Daviess County Detention Center, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:26-CV-00286-CHB<br><br><br><br>**ORDER** |

***   ***   ***   ***

This matter is before the Court on the Court's own motion. On September 1, 2026, Petitioner Melvin Edgardo Gomez Giron filed a reply in this adjudicated and closed case. [R. 21]. However, having reviewed the reply, it seems that the reply should have been filed in Petitioner's other case, 4:26-CV-00539-CHB, *Gomez-Giron v. Maglinger et al.* In that case, Petitioner's reply was due by September 1, 2026. Thus, the Court is going to strike the reply in this case, 4:26-CV-00286-CHB, *Gomez Giron v. Maglinger et al.*, and direct the Clerk of Court to refile it in 4:26-CV-00539-CHB, *Gomez-Giron v. Maglinger et al.* Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to **STRIKE** Petitioner's Reply filed in 4:26-CV-00286-CHB, *Gomez Giron v. Maglinger et al.,* and **REFILE** it in 4:26-CV-00539-CHB, *Gomez-Giron v. Maglinger et al.*

This the 2nd day of September, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record